IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAMUEL SACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 24-1223 C |
| | ) Judge Solomson |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Sonia W. Murphy_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sonia W. Murphy
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/Sonia W. Murphy
SONIA W. MURPHY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3067
Facsimile: (202) 305-2062
Email: Sonia.Murphy@usdoj.gov

Dated: September 11, 2024