# In the United States Court of Federal Claims

No. 24-1223C

(Filed: October 2, 2024)

| | |
|---|---|
| **SAMUEL SACKEY,** | ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **THE UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

Today, Defendant, the United States, filed a motion for an enlargement of time in which to file its answer. The government represents that Plaintiff opposes the motion.

Given that this is the government's first such motion, it is hereby **GRANTED**. On or before December 10, 2024, Defendant shall file its response to Plaintiff's complaint, ECF No. 1.

**IT IS SO ORDERED**.

s/Matthew H. Solomson
Matthew H. Solomson
Judge